ORIGINAL

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 6 20__
CLERK, U.S. DISTRICT COURT
By ________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 4-09CR-003-A |
| | § | |
| BLANCA MARIBEL VIRGEN (1) | § | |
| ERIC BERGERON (2) | § | |
| TANYA MONTANA JONES (3) | § | |
| DARRELL MURPHY (4) | § | |
| LUIS MORALES (5) | § | |
| a/k/a/ "Screech" | § | |
| KAYLA UNDERWOOD (6) | § | |
| COBY RYAN WHITLEY (7) | § | |
| a/k/a "Coby Weaver" | § | |
| RODNEY HAMMER (8) | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

Between or about October 1, 2007, and continuing thereafter until on or about September 30, 2008, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendants **Blanca Maribel Virgen**, **Eric Bergeron**, **Tanya Montana Jones**, **Darrell Murphy**, **Luis Morales**, also known as Screech, **Kayla Underwood**, **Coby Ryan Whitley**, also known as Coby Weaver, and **Rodney Hammer**, along with others known and unknown to the grand jury, did knowingly and intentionally combine,

conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), namely to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846.

A TRUE BILL

FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 6 2009
CLERK, U.S. DISTRICT COURT
By ______ Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

VS.

BLANCA MARIBEL VIRGEN (1)
ERIC BERGERON (2)
TANYA MONTANA JONES (3)
DARRELL MURPHY (4)
LUIS MORALES a/k/a "Screech" (5)
KAYLA UNDERWOOD (6)
COBY RYAN WHITLEY a/k/a "Coby Weaver" (7)
RODNEY HAMMER (8)

# INDICTMENT

Count One
Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

(1 COUNT)

A true bill rendered,

DALLAS FOREPERSON

Filed in open court this 6th day of January, A.D. 2009.

CLERK

CUSTODY(1, 2, 7, 8); WARRANT TO ISSUE: (3-5); SUMMONS:(6)

UNITED STATES MAGISTRATE JUDGE

Magistrate Complaint: 4:08-MJ-199(1); 4:08-MJ-264(7)

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: ____________

Rule 20 from District of: ____________

Magistrate Case Number: 4:08-MJ-199

4-09CR-003-A

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**BLANCA MARIBEL VIRGEN (1)**

Alias Name
Address

RECEIVED
JAN - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

AUSA Shawn Smith Bar # 24033206

3. **Interpreter**

☐ Yes ☒ No

If Yes, list language and/or dialect: ____________

4. **Location Status**

Arrest Date: 9/18/08

☒ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08 Signature of AUSA: [signature]

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: ____________

Rule 20 from District of: ____________

Magistrate Case Number: 4-09CR-003-A

RECEIVED
JAN - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**ERIC BERGERON (2)**

Alias Name
Address

2. **U.S. Attorney Information**
AUSA Shawn Smith Bar # 24033206

3. **Interpreter**
☐ Yes ☒ No
If Yes, list language and/or dialect: ____________

4. **Location Status**

Arrest Date: 07/06/08

☐ Federal Inmate
☒ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b) (1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08 Signature of AUSA: [signature]

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No
New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No
Search Warrant Case Number: ______________
Rule 20 from District of: ______________
Magistrate Case Number: ______________

4-09CR-003-A

RECEIVED
[illegible] - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**TANYA MONTANA JONES (3)**

Alias Name
Address

2. **U.S. Attorney Information**

AUSA Shawn Smith Bar # 24033206

3. **Interpreter**

☐ Yes ☒ No
If Yes, list language and/or dialect: ______________

4. **Location Status**

Arrest Date:

☐ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☒ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08

Signature of AUSA: [signature]

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: ______________

Rule 20 from District of: ______________

Magistrate Case Number 4-09CR-003-A

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**DARRELL MURPHY (4)**

Alias Name
Address

RECEIVED
[illegible] - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**
AUSA Shawn Smith Bar # 24033206

3. **Interpreter**
☐ Yes ☒ No
If Yes, list language and/or dialect: ______________

4. **Location Status**

Arrest Date:

☐ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☒ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08 Signature of AUSA: [signature]

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No
New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No
Search Warrant Case Number: ______________
Rule 20 from District of: ______________
Magistrate Case Number: ______________

4-09CR-003-A

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**LUIS MORALES a/k/a "Screech" (5)**

Alias Name
Address

RECEIVED
[illegible] - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**
AUSA <u>Shawn Smith</u> Bar # <u>24033206</u>

3. **Interpreter**
☐ Yes ☒ No
If Yes, list language and/or dialect: ______________

4. **Location Status**

Arrest Date:

☐ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☒ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08 ______________ Signature of AUSA: [signature] ______________

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: ________________

Rule 20 from District of: ________________

Magistrate Case Number: ________________

4-09CR-003-A

RECEIVED
[redacted] - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**KAYLA UNDERWOOD (6)**

Alias Name
Address

2. **U.S. Attorney Information**
AUSA Shawn Smith Bar # 24033206

3. **Interpreter**
☐ Yes ☒ No
If Yes, list language and/or dialect: ________________

4. **Location Status**

Arrest Date: **SUMMONS**

☐ Federal Inmate
☐ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08 Signature of AUSA: [signature]

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: ______________

Rule 20 from District of: ______________

Magistrate Case Number 4:08-MJ-264

4-09CR-003-A

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**COBY RYAN WHITLEY a/k/a "Coby Weaver" (7)**

RECEIVED
[illegible] - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Alias Name
Address

2. **U.S. Attorney Information**
AUSA Shawn Smith    Bar # 24033206

3. **Interpreter**
☐ Yes ☒ No
If Yes, list language and/or dialect: ______________

4. **Location Status**

Arrest Date: 09/22/08

☐ Federal Inmate
☒ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1    ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08    Signature of AUSA: [signature]

ORIGINAL

*Criminal Case Cover Sheet*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No

New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No

Search Warrant Case Number: ______________

Rule 20 from District of: ______________

Magistrate Case Number ______________

4-09CR-003-A

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

Sealed: ☐ Yes ☒ No

Defendant Name
**RODNEY HAMMER (8)**

Alias Name
Address

RECEIVED
JAN - 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

AUSA Shawn Smith Bar # 24033206

3. **Interpreter**

☐ Yes ☒ No

If Yes, list language and/or dialect: ____________________

4. **Location Status**

Arrest Date: 11/21/08

☐ Federal Inmate
☒ Already in State Custody
☐ On Pretrial Release
☐ Warrant to Issue

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: 1 ☐ Petty ☐ Misdemeanor ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C. § 846 and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Conspiracy to Distribute a Controlled Substance | 1 |

Date 1/5/08

Signature of AUSA: ____________________