IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

DARRELL MURPHY (04)

No. 4:09-CR-00003-P

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1. | USPO Hernandez | Taylor County Sheriff's Office Supplement 2025-18722 | ___________ | __________ | _________ |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*s/ Shawn Smith*

SHAWN SMITH
Assistant United States Attorney
Texas State Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: shawn.smith2@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on July 14, 2026, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record and the U.S. Probation Officer, who have consented in writing to accept this Notice as service of this document by electronic means.

*s/ Shawn Smith*
SHAWN SMITH
Assistant United States Attorney

NO OBJECTIONS TO EXHIBITS

Rachel Taft, counsel of record for the defendant, hereby state that I have reviewed the Government's Exhibit List, and have no objections to the admission of the exhibits.

*/s/Rachel Taft*
Rachel Taft
Attorney for Defendant